**Dismiss and Opinion Filed February 15, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01407-CR
### No. 05-17-01408-CR

**ZERRICK LEKEITH MORRIS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 068056, 068119**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Stoddart
Opinion by Justice Stoddart

Before the Court is appellant's February 7, 2018 motion to dismiss his appeals. Appellant and his counsel have signed the motion. Accordingly, we dismiss the appeals. TEX. R. APP. P. 42.2(a).

We order that this decision be certified below for observance.

/Craig Stoddart/
CRAIG STODDART
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
171407F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ZERRICK LEKEITH MORRIS, Appellant

No. 05-17-01407-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 59th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 068056.
Opinion delivered by Justice Stoddart.
Justices Francis and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 15th day of February, 2018.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ZERRICK LEKEITH MORRIS, Appellant

No. 05-17-01408-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 59th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 068119.
Opinion delivered by Justice Stoddart.
Justices Francis and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 15th day of February, 2018.